# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| SCOTT CRAVEN DDS PC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 20-00715-CV-W-NKL |
| CAMERON MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_   Jury Verdict.   This action came before the Court for a trial by jury.

X   Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on November 18, 2020, Plaintiffs, Scott Craven DDS and Met Building's motion to remand, Doc. 9,   is granted.   Plaintiffs' request for fees and costs is denied.

Date: November 18, 2020          PAIGE WYMORE-WYNN
                                  Clerk of Court

                                  s/ RENEA MATTHES MITRA
                                  By: Renea Matthes Mitra, Courtroom Deputy